UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CIERRA MCMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19CV1178 |
| ) | |
| ANDREW SAUL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

This is a *pro se* Social Security Disability Appeal brought by Plaintiff Cierra McMillan. In an Order entered on June 24, 2020, the Court noted that Plaintiff had failed to file a Motion for Judgment by June 5, 2020, as required by the Scheduling Notice in this case. The Court ordered Plaintiff to file her Motion for Judgment by July 8, 2020 if she wanted to proceed with the case. The Court noted that Plaintiff needed to state her objections to the Commissioner's decision or any aspect of the record which she contends is erroneous, as further set out in the Notice. The Court specifically warned Plaintiff that if she failed to file a Motion for Judgment as directed by July 8, 2020, this case would be dismissed for failure to prosecute and failure to comply with the Court's Orders. That deadline has passed, and Plaintiff has failed to file her Motion for Judgment or otherwise respond to the Court's Order. The case cannot proceed if Plaintiff does not respond and does not follow the Court's directions. Plaintiff has been warned and has been given multiple opportunities to comply, and there is no alternative to dismissal.

IT IS THEREFORE RECOMMENDED that this case be dismissed without prejudice for failure to prosecute and failure to comply with the Court's June 24, 2020 Order.

This, the 20th day of July, 2020.

                                              /s/ Joi Elizabeth Peake
                                             United States Magistrate Judge