IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CIERRA MCMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:19CV1178 |
| ) | |
| ANDREW SAUL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 20, 2020, was served on the parties in this action. (ECF Nos. 11, 12.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that this action be DISMISSED without prejudice for failure to prosecute and failure to comply with the Court's June 24, 2020 Order.

This, the 17th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge